DOUGLAS L. HENDRICKS (CA SBN 83611)
KATHRYN A. VACLAVIK (CA SBN 176250)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: dhendricks@mofo.com

Attorneys for Defendant
GIMBAL BROTHERS, INC.,
D/B/A GIMBAL'S FINE CANDIES

Karen Vogel Weil (CA SBN 145,066)
Brian C. Horne (CA SBN 205,621)
Jonathan Hyman (CA SBN 212,264)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone:  (310) 551-3450
Facsimile:  (310) 551-3458
E-mail:  kweil@kmob.com

Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>GIMBAL BROTHERS, INC., d/b/a GIMBAL'S FINE CANDIES, and DOES 1 through 100, inclusive,<br><br>                Defendant. | Case No.    CV05-1060 MMC<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME IN WHICH TO FILE ANSWER OR OTHER RESPONSIVE PLEADING; ORDER THEREON** |

Pursuant to Civ. L.R. 6-2, IT IS HEREBY STIPULATED by and between JELLY BELLY CANDY COMPANY ("Plaintiff"), and GIMBAL BROTHERS, INC., d/b/a GIMBAL'S FINE CANDIES ("Defendant"), through their respective counsel of record, that Plaintiff and

Defendant respectfully request an order from this Court extending by thirty (30) days—from June 22, 2005 to July 22, 2005—the time within which Defendant shall have to answer or otherwise respond to the First Amended Complaint.

Defendant's answer or other responsive pleading originally was due on May 23, 2005. However, because this case was referred to a settlement conference, which took place on May 12, 2005, the parties previously stipulated to a thirty day extension of time—to June 22, 2005—within which Defendant may answer or otherwise respond. At this time, the parties are respectfully requesting an order from this Court further extending the time within which Defendant may respond to the Amended Complaint to July 22, 2005, to enable them to continue to work toward a settlement.

By its Order of April 20, 2005, this Court has set an Initial Case Management Conference to be held on Friday, July 15, 2005, and has ordered the parties to meet and confer and to file a Joint Case Management Statement not less than seven days prior to that Conference. Should the Court issue an order extending the time for Defendant to respond to the Amended Complaint to July 22, 2005, as requested herein, the parties also respectfully request that the Court reschedule the Case Management Conference and the due date for the Joint Case Management Statement to dates after July 22, 2005, that are convenient for this Court.

Dated: June _____, 2005                DOUGLAS L. HENDRICKS
                                       KATHRYN A. VACLAVIK
                                       MORRISON & FOERSTER LLP


                                       By:  *s/ Kathryn A. Vaclavik*
                                            Kathryn A. Vaclavik

                                       Attorneys for Defendant
                                       GIMBAL BROTHERS, INC., D/B/A
                                       GIMBAL'S FINE CANDIES

Dated: June _____, 2005                KNOBBE, MARTENS, OLSON & BEAR, LLP



                                       By:  *s/ Karen Vogel Weil*
                                            Karen Vogel Weil

                                       Attorneys for Plaintiff
                                       JELLY BELLY CANDY COMPANY


### ORDER

Defendant shall file its response to the complaint no later than July 22, 2005.  The case management conference is continued to August 26, 2005.  A joint case management statement shall be filed no later than August 19, 2005.

Dated:  June 9, 2005                           /s/ Maxine M. Chesney

                                               Honorable Maxine Chesney
                                               United States District Judge


### GENERAL ORDER 45 ATTESTATION

I, Douglas L. Hendricks, am the ECF User whose ID and password are being used to file this JOINT STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER OR OTHER RESPONSIVE PLEADING.  In compliance with General Order 45, X.B., I hereby attest that Karen Vogel Weil has concurred in this filing.

                                               *s/ Douglas L. Hendricks*
                                               Douglas L. Hendricks