UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JELLY BELLY CANDY CO.,

      Plaintiff,

      v.

GIMBAL BROTHERS, INC.,

      Defendant.
      _____/

No. 05-01060 MMC (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 24, 2005, defense counsel Douglas Hendricks requested the claims representative of St. Paul Travelers be excused from personally appearing at the settlement conference scheduled for July 5, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Catherine Curry be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on July 5, 2005.

If the Court concludes that the absence of Catherine Curry is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: June 27, 2005

                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge